RECEIVED
Court of Appeals

MAY 0 6 2015

Lisa Matz
Clerk 5th District

In closed is
$10.00 m.o.,
extension fee.

John Crear
Cause # 384-DF
76-08 723-V

Thank you

05-14-01299-CV

John O'Neal Jr.
1646 Foster Dr.
Snellville, GA. 30078

RECEIVED
Court of Appeals
MAY 06 2015
Lisa Matz
Clerk, 5th District

Bridge Allen Court House
Building
5th Circuit District Court
600 Commerce St. Suite 200
Dallas, TX 75202

FOREVER USA